FILED
CLERK, U.S. DISTRICT COURT

3/17/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___gga___ DEPUTY

link to docket 41

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS BOBADILLA,<br><br>                Plaintiff,<br><br>  vs.<br><br>SECURITYNATIONAL MORTGAGE COMPANY, (A Utah Corporation – Lender); THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, (Lender), as trustee for Certificate Holders of CWALT, Inc., Alternative Loan Trust 2005-85CB, Mortgage Pass-Through Certificates, Series 2005-85CB; CWALT Inc.; "BONY", (A Trustee for CWALT, Inc); SHELLPOINT MORTGAGE SERVICING; NATIONAL DEFAULT SERVICING CORPORATION; AND DOES 1 through 25, Inclusive,<br><br>                Defendants. | Case No.: 2:20-cv-05732 PSG (ADSx)<br><br>**JUDGMENT DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANTS THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-85CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-85CB AND NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING** |

JUDGMENT

Pursuant to: (1) the Minute Order entered by this Court on November 17, 2020 [ECF Doc. No. 51] granting the motion to dismiss filed by defendants The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2005-85CB, Mortgage Pass-Through Certificates, Series 2005-85CB (also named as "BONY") ("BNYM"), and NewRez LLC dba Shellpoint Mortgage Servicing, erroneously sued as "Shellpoint Mortgage Servicing" ("Shellpoint"); and (2) the Minute Order entered by this Court on January 5, 2021 [ECF Doc. No. 55] dismissing Plaintiff's claims against BNYM and Shellpoint with prejudice,

**IT IS HEREBY ORDERED** that **JUDGMENT** is hereby entered in favor of BNYM and Shellpoint and against Plaintiff, who shall take nothing by way of this action.

**IT IS FURTHER ORDERED** that BNYM and Shellpoint shall be entitled to recover their costs of suit.

DATED: March 17, 2021

_____
Hon. Philip S. Gutierrez